# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana Okabayashi,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Travelers Home and Marine Insurance Company,<br><br>　　　　　Defendant. | **NO. CV-17-03612-PHX-DJH**<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order granting Defendant's Motion for Summary Judgment filed on March 6, 2019 (Doc. 40), judgment is entered in favor of Defendant and against Plaintiff.

IT IS FURTHER ORDERED that Plaintiff and Defendant to take nothing, and the action is hereby terminated.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 27, 2019

　　　　　　　　　　　　　　　　　　s/ Robert Vasquez
　　　　　　　　　　　　　　By　　Deputy Clerk